GIBSON, DUNN & CRUTCHER LLP
TIMOTHY W. LOOSE, SBN 241037
　TLoose@gibsondunn.com
THOMAS F. COCHRANE, SBN 318635
　TCochrane@gibsondunn.com
333 South Grand Avenue
Los Angeles, California  90071
Telephone:　213.229.7746
Facsimile:　213.229.6746

Attorney for Defendant
SAVE ADVISERS, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RORY FITZPATRICK, on behalf of himself and all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>SAVE ADVISERS, LLC; INDIVIDUAL DOE,<br><br>　　　　　Defendants. | CASE NO. 2:22-cv-08443-DMG-MAR<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Hon. Dolly M. Gee<br><br>Complaint served: November 28, 2022<br>Current response date: December 19, 2022<br>New response date: January 18, 2023 |

Plaintiff Rory Fitzpatrick ("Plaintiff") and Defendant Save Advisers, LLC ("Defendant"), by and through their respective counsel, hereby stipulate and agree as follows:

WHEREAS, Plaintiff filed the above-captioned case in the Western Division of the Central District Court of California on November 18, 2022;

WHEREAS, Plaintiff served the Complaint on Defendant on November 28, 2022;

WHEREAS, under Federal Rules of Civil Procedure, Rule 12(A)(i), Defendant's initial response to Plaintiff's Complaint is due no later than December 19, 2022;

WHEREAS, Local Rule 8-3 authorizes the Parties to file a stipulation to extend the time to respond to an initial complaint by up to thirty days without approval of the Court;

WHEREAS, Defendant has not previously sought any extension of the time to answer or otherwise respond to the initial Complaint, nor has the Court set a filing date for any response;

WHEREAS, the Parties have agreed to extend the time for Defendant to file its response to Plaintiff's initial Complaint by thirty days, from December 19, 2022 to January 18, 2023.

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the Parties through their respective counsel, that Defendant's deadline to answer or otherwise respond to Plaintiff's initial Complaint shall be extended to January 18, 2023.

Dated: December 14, 2022            GIBSON, DUNN & CRUTCHER LLP

By:       /s/ Timothy W. Loose
          Timothy W. Loose

Attorneys for Defendant Save Advisers, LLC

| | |
|---|---|
| Dated: December 14, 2022 | GLAPION LAW FIRM |

By: _____*/s/ Jeremy M. Glapion*_____
                    Jeremy M. Glapion

Attorneys for Plaintiff Rory Fitzpatrick

**E-FILING ATTESTATION**

Pursuant to Civil Local Rule 5-4.3.4, I, Timothy W. Loose, hereby attest that concurrence in the filing of this document has been obtained from all signatories.

Dated: December 14, 2022

GIBSON, DUNN & CRUTCHER LLP

By: _/s/ Timothy W. Loose_
Timothy W. Loose