| | |
|---|---|
| 1 | GIBSON, DUNN & CRUTCHER LLP |
| 2 | TIMOTHY W. LOOSE, SBN 241037 |
|   |     TLoose@gibsondunn.com |
| 3 | THOMAS F. COCHRANE, SBN 318635 |
|   |     TCochrane@gibsondunn.com |
| 4 | 333 South Grand Avenue |
|   | Los Angeles, California 90071 |
| 5 | Telephone: 213.229.7746 |
|   | Facsimile: 213.229.6746 |

Attorney for Defendant
SAVE ADVISERS, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RORY FITZPATRICK, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SAVE ADVISERS, LLC; INDIVIDUAL DOE,<br><br>Defendants. | CASE NO. 2:22-cv-08443-DMG-MAR<br><br>**FURTHER STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT**<br><br>Hon. Dolly M. Gee<br><br>Complaint served: November 28, 2022<br>Current response date: January 18, 2023<br>Proposed response date: February 8, 2023 |

Plaintiff Rory Fitzpatrick ("Plaintiff") and Defendant Save Advisers, LLC ("Defendant"), by and through their respective counsel, hereby stipulate and agree as follows:

WHEREAS, Plaintiff filed the above-captioned case in the Western Division of the Central District Court of California on November 18, 2022;

WHEREAS, Plaintiff served the Complaint on Defendant on November 28, 2022;

WHEREAS, the Parties previously extended the time to respond to an initial complaint by not more than 30 days to January 18, 2023 pursuant to Local Rule 8-3 (Dkt. 13);

WHEREAS, the Parties are discussing the basis of the claims and exploring the possibility of resolution;

WHEREAS, the Parties have agreed that in order to allow these discussions to continue, they are mutually agreeable to extend the time for Defendant to file its response to Plaintiff's initial Complaint by 21 days, from January 18, 2023 to February 8, 2023.

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the Parties through their respective counsel, that Defendant's deadline to answer or otherwise respond to Plaintiff's initial Complaint shall be extended to February 8, 2023.

Dated: January 10, 2023            GIBSON, DUNN & CRUTCHER LLP


                                   By:      /s/ Timothy W. Loose
                                            Timothy W. Loose
                                   Attorneys for Defendant Save Advisers, LLC

| | | |
|---|---|---|
| 1 | Dated: January 10, 2023 | GLAPION LAW FIRM |
| 2 | | |
| 3 | | By: ____/s/ Jeremy M. Glapion____ |
| 4 | | Jeremy M. Glapion |
| 5 | | Attorneys for Plaintiff Rory Fitzpatrick |

**E-FILING ATTESTATION**

Pursuant to Civil Local Rule 5-4.3.4, I, Timothy W. Loose, hereby attest that concurrence in the filing of this document has been obtained from all signatories.

Dated: January 10, 2023

                              GIBSON, DUNN & CRUTCHER LLP

                              By:     */s/ Timothy W. Loose*
                                        Timothy W. Loose