GIBSON, DUNN & CRUTCHER LLP
TIMOTHY W. LOOSE, SBN 241037
   TLoose@gibsondunn.com
THOMAS F. COCHRANE, SBN 318635
   TCochrane@gibsondunn.com
333 South Grand Avenue
Los Angeles, California 90071
Telephone: 213.229.7746
Facsimile: 213.229.6746

Attorney for Defendant
SAVE ADVISERS, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RORY FITZPATRICK, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>SAVE ADVISERS, LLC; INDIVIDUAL DOE,<br><br>    Defendants. | CASE NO. 2:22-cv-08443-DMG-MAR<br><br>**[PROPOSED] ORDER RE FURTHER STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT**<br><br>Hon. Dolly M. Gee<br><br>Complaint served: November 28, 2022<br>Current response date: January 18, 2023<br>Proposed response date: February 8, 2023 |

# [PROPOSED] ORDER

Good cause appearing, the Court hereby ORDERS that Defendant's deadline to answer or otherwise respond to Plaintiff's initial Complaint shall be extended from January 18, 2023 to February 8, 2023.

DATED: January __, 2023

_____
Hon. Dolly M. Gee
United States District Judge