UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RORY FITZPATRICK, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SAVE ADVISERS, LLC; INDIVIDUAL DOE,<br><br>Defendants. | Case No. CV 22-8443-DMG (MARx)<br><br>**ORDER RE FURTHER STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT [14]** |

Good cause appearing, the Court hereby ORDERS that Defendant's deadline to answer or otherwise respond to Plaintiff's initial Complaint shall be extended from January 18, 2023 to February 8, 2023.

DATED: January 11, 2023

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE