GIBSON, DUNN & CRUTCHER LLP
TIMOTHY W. LOOSE, SBN 241037
   TLoose@gibsondunn.com
THOMAS F. COCHRANE, SBN 318635
   TCochrane@gibsondunn.com
333 South Grand Avenue
Los Angeles, California 90071
Telephone: 213.229.7746
Facsimile: 213.229.6746

Attorney for Defendant
SAVE ADVISERS, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RORY FITZPATRICK, on behalf of himself and all others similarly situated,<br><br>        Plaintiff,<br><br>  v.<br><br>SAVE ADVISERS, LLC; INDIVIDUAL DOE,<br><br>        Defendants. | CASE NO. 2:22-cv-08443-DMG-MAR<br><br>**FURTHER STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT**<br><br>Hon. Dolly M. Gee<br><br>Complaint served: November 28, 2022<br>Current response date: February 8, 2023<br>Proposed response date: March 1, 2023 |

Plaintiff Rory Fitzpatrick ("Plaintiff") and Defendant Save Advisers, LLC ("Defendant"), by and through their respective counsel, hereby stipulate and agree as follows:

WHEREAS, Plaintiff filed the above-captioned case in the Western Division of the Central District Court of California on November 18, 2022;

WHEREAS, Plaintiff served the Complaint on Defendant on November 28, 2022;

WHEREAS, the Parties previously extended the time to respond to an initial complaint by not more than 30 days to January 18, 2023 pursuant to Local Rule 8-3 (Dkt. 13), and then by an additional 21 days to February 8, 2023 to facilitate discussions related to the basis of the claims and the possibility of resolution (Dkt. 15);

WHEREAS, the Parties continue to discuss the basis of the claims and exploring the possibility of resolution;

WHEREAS, the Parties have agreed that in order to allow these discussions to continue, they are mutually agreeable to extend the time for Defendant to file its response to Plaintiff's initial Complaint by an additional 21 days, from February 8, 2023 to March 1, 2023.

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the Parties through their respective counsel, that Defendant's deadline to answer or otherwise respond to Plaintiff's initial Complaint shall be extended to March 1, 2023.

Dated: February 6, 2023          GIBSON, DUNN & CRUTCHER LLP


                                 By:      /s/ Timothy W. Loose
                                            Timothy W. Loose

                                 Attorneys for Defendant Save Advisers, LLC

Dated: February 6, 2023              GLAPION LAW FIRM

                                     By: */s/ Jeremy M. Glapion*
                                           Jeremy M. Glapion

                                     Attorneys for Plaintiff Rory Fitzpatrick

**E-FILING ATTESTATION**

Pursuant to Civil Local Rule 5-4.3.4, I, Timothy W. Loose, hereby attest that concurrence in the filing of this document has been obtained from all signatories.

Dated: February 6, 2023

                        GIBSON, DUNN & CRUTCHER LLP

                        By:  */s/ Timothy W. Loose*
                                 Timothy W. Loose