1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RORY FITZPATRICK, on behalf of himself and all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>SAVE ADVISERS, LLC; INDIVIDUAL DOE,<br><br>　　　　　　Defendants. | CASE NO. 2:22-cv-08443-DMG-MAR<br><br>**[PROPOSED] ORDER RE FURTHER STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT**<br><br>Hon. Dolly M. Gee<br><br>Complaint served: November 28, 2022<br>Current response date: February 8, 2023<br>Proposed response date: March 1, 2023 |

# [PROPOSED] ORDER

Good cause appearing, the Court hereby ORDERS that Defendant's deadline to answer or otherwise respond to Plaintiff's initial Complaint shall be extended from February 8, 2023 to March 1, 2023.

DATED: February __, 2023

_____
Hon. Dolly M. Gee
United States District Judge