1  GIBSON, DUNN & CRUTCHER LLP
   TIMOTHY W. LOOSE, SBN 241037
2      TLoose@gibsondunn.com
   THOMAS F. COCHRANE, SBN 318635
3      TCochrane@gibsondunn.com
   333 South Grand Avenue
4  Los Angeles, California  90071
   Telephone:  213.229.7746
5  Facsimile:   213.229.6746

6  Attorney for Defendant
   SAVE ADVISERS, LLC
7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

| 11 | RORY FITZPATRICK, on behalf of himself and all others similarly situated, | CASE NO. 2:22-cv-08443-DMG-MAR |
|----|---|---|
| 12 | | **FURTHER STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT** |
| 13 | Plaintiff, | |
| 14 | v. | Hon. Dolly M. Gee |
| 15 | SAVE ADVISERS, LLC; INDIVIDUAL DOE, | |
| 16 | | Complaint served: November 28, 2022 |
| 17 | Defendants. | Current response date: March 1, 2023 |
|    | | Proposed response date: March 22, 2023 |

1  Plaintiff Rory Fitzpatrick ("Plaintiff") and Defendant Save Advisers, LLC ("Defendant"), by and through their respective counsel, hereby stipulate and agree as follows:

WHEREAS, Plaintiff filed the above-captioned case in the Western Division of the Central District Court of California on November 18, 2022;

WHEREAS, Plaintiff served the Complaint on Defendant on November 28, 2022;

WHEREAS, the Parties previously extended the time to respond to an initial complaint by not more than 30 days to January 18, 2023 pursuant to Local Rule 8-3 (Dkt. 13), and then, through subsequent stipulations, to March 1, 2023 to facilitate discussions related to the basis of the claims and the possibility of resolution (Dkts. 15, 17);

WHEREAS, the Parties have had productive discussions and are continuing to discuss the basis of the claims and exploring the possibility of resolution;

WHEREAS, the Parties have agreed that in order to allow these discussions to reach a final resolution, they are mutually agreeable to extend the time for Defendant to file its response to Plaintiff's initial Complaint by an additional 21 days, from March 1, 2023 to March 22, 2023.

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the Parties through their respective counsel, that Defendant's deadline to answer or otherwise respond to Plaintiff's initial Complaint shall be extended to March 22, 2023.

Dated: February 28, 2023                    GIBSON, DUNN & CRUTCHER LLP


                                            By:  _____/s/ Timothy W. Loose_____
                                                       Timothy W. Loose

                                            Attorneys for Defendant Save Advisers, LLC

| | | |
|---|---|---|
| 1 | Dated: February 28, 2023 | GLAPION LAW FIRM |
| 2 | | |
| 3 | | By: _____*/s/ Jeremy M. Glapion*_____ |
| 4 | | Jeremy M. Glapion |
| 5 | | Attorneys for Plaintiff Rory Fitzpatrick |

2
STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT

**E-FILING ATTESTATION**

Pursuant to Civil Local Rule 5-4.3.4, I, Timothy W. Loose, hereby attest that concurrence in the filing of this document has been obtained from all signatories.

Dated: February 28, 2023

                            GIBSON, DUNN & CRUTCHER LLP

                            By:    */s/ Timothy W. Loose*
                                    Timothy W. Loose