UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RORY FITZPATRICK, on behalf of himself and all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>SAVE ADVISERS, LLC; INDIVIDUAL DOE,<br><br>　　　　　Defendants. | CASE NO. 2:22-cv-08443-DMG-MAR<br><br>**[PROPOSED] ORDER RE FURTHER STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT**<br><br>Hon. Dolly M. Gee<br><br>Complaint served: November 28, 2022<br>Current response date: March 1, 2023<br>Proposed response date: March 22, 2023 |

**[PROPOSED] ORDER**

  Good cause appearing, the Court hereby ORDERS that Defendant's deadline to answer or otherwise respond to Plaintiff's initial Complaint shall be extended from March 1, 2023 to March 22, 2023.

DATED: February __, 2023

                     _____
                     Hon. Dolly M. Gee
                     United States District Judge