1  Zack Broslavsky (Bar No. 241736)
   zbroslavsky@bwcounsel.com
2  Broslavsky & Weinman, LLP
3  1500 Rosencrans Ave., Suite 500
   Los Angeles, CA 90266
4  Telephone: 310-575-2550

5  Jeremy M. Glapion (*Pro Hac Vice*)
   jmg@glapionlaw.com
6  Glapion Law Firm
7  1704 Maxwell Drive
   Wall, NJ 07719
8  Telephone: 732-455-9737

9  Attorneys for Plaintiff, Rory Fitzpatrick

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| **RORY FITZPATRICK**, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>**SAVE ADVISERS, LLC; INDIVIDUAL DOE,**<br><br>Defendants. | Civil Case No.: 22-cv-08443<br><br>**NOTICE OF DISMISSAL WITH PREJUDICE** |
|---|---|

    Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) Plaintiff Rory Fitzpatrick, by and through his undersigned counsel, voluntarily dismisses with prejudice this action and the claims of Plaintiff Rory Fitzpatrick.  Because Defendants have not filed an answer or motion for summary judgment, this action may be dismissed upon filing of this notice without an order of the Court.  Fed. R. Civ. P. 41(a)(1)(A)(i).

| | | |
|---|---|---|
| 1 | | |
| 2 | **Dated:** March 20, 2023 | s/ Zack Broslavsky |
| 3 | | Zack Broslavsky (Bar No. 241736) |
| | | **Broslavsky & Weinman, LLP** |
| 4 | | 1500 Rosencrans Ave., Suite 500 |
| | | Los Angeles, CA 90266 |
| 5 | | Telephone: 310-575-2550 |
| 6 | | zbroslavsky@bwcounsel.com |
| 7 | | |
| 8 | | Jeremy M. Glapion |
| | | **THE GLAPION LAW FIRM, LLC** |
| 9 | | 1704 Maxwell Drive |
| | | Wall, New Jersey 07719 |
| 10 | | Tel: 732.455.9737 |
| | | Fax: 732.709.5150 |
| 11 | | jmg@glapionlaw.com |
| | | (*Pro Hac Vice*) |

2